IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RONI LEWIS MEDEARIS, TDCJ #01530043, Plaintiff, VS. BARBARA BRADLEY, *et al.*, Defendants. | § § § § § § § § § § | CIVIL ACTION NO. 3:16-CV-248 |

## ORDER OF DISMISSAL

The plaintiff, Roni Lewis Medearis (TDCJ #01530043), has filed a complaint under 42 U.S.C. § 1983 claiming a violation of his free-exercise rights under the First Amendment (Dkt. 1). Medearis requests leave to proceed *in forma pauperis* (Dkt. 4) and tries to incorporate by reference the financial information that he filed in a different case, Case Number 3:15-CV-345. The Court cannot use the information from the older case. The Court ordered Medearis to file a proper inmate trust fund account statement (Dkt. 7), but he never did so.

A court may dismiss an action *sua sponte* for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031–32 (5th Cir. 1998). "This authority flows from the Court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash Railroad Co.*, 370 U.S. 626 (1962)). Medearis has not complied with the Court's order requiring him to provide the

1

financial information necessary to evaluate his application to proceed IFP, and he may not pursue this case without either paying the filing fee or establishing his entitlement to proceed IFP.

Based on the foregoing, the Court **ORDERS** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with the Court's orders requiring the plaintiff to file a proper application to proceed IFP.

2. Any pending motions are **DENIED** as moot.

The Clerk is directed to provide a copy of this order to the parties.

SIGNED at Galveston, Texas on October 13, 2017.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE